UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.	CASE NO. 5:06cr41/RS/AK

MICHAEL DEWAYNE TENSLEY,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 61), and Defendant Tensley's Objections to Report and Recommendation of Magistrate (Doc. 62). I have reviewed the transcript and exhibits from the evidentiary hearing held on October 25, 2007, and considered Plaintiff's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 61) is adopted and incorporated by reference in this Order.

2. Defendant's Second Amended Motion to Vacate (Doc. 43) is denied.

3. The clerk is directed to close the file.

**ORDERED** on November 10, 2008

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**