IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 5:06cr41(1)/RS-GRJ

MICHAEL DEWAYNE TENSLEY,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 95). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion to Vacate Pursuant to 28 U.S.C. §2255 (Doc. 93) is **denied**.

3. The clerk is directed to close the file.

**ORDERED** on October 14, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE**